

CERTIFIED FROM THE RECORD
02/11/2022
Joshua C. Lewis
Sarah M. Sewall
Deputy Clerk

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: SOCLEAN, INC., MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

MDL No. 3021

(SEE ATTACHED SCHEDULE)                    21-cv-00460-CVE-SH

### CONDITIONAL TRANSFER ORDER (CTO −1)

On February 2, 2022, the Panel transferred 11 civil action(s) to the United States District Court for the Western District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2022). Since that time, no additional action(s) have been transferred to the Western District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Joy Flowers Conti.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Pennsylvania and assigned to Judge Conti.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Western District of Pennsylvania for the reasons stated in the order of February 2, 2022, and, with the consent of that court, assigned to the Honorable Joy Flowers Conti.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

**Feb 11, 2022**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: SOCLEAN, INC., MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION                                                                MDL No. 3021

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

ALABAMA SOUTHERN

| ALS | 1 | 21−00472 | Coley v. SoClean, Inc. |

ARIZONA

| AZ | 3 | 21−08242 | Lange v. SoClean Incorporated |

CALIFORNIA CENTRAL

| CAC | 8 | 21−01794 | James Borland v. SoClean, Inc. |

COLORADO

| CO | 1 | 21−02891 | Koumantakis v. SoClean, Inc. |

KANSAS

| KS | 2 | 21−02494 | Albright v. SoClean, Inc. |

LOUISIANA EASTERN

| LAE | 2 | 21−02053 | Ieyoub et al v. SoClean Inc |

MASSACHUSETTS

| ~~MA~~ | ~~1~~ | ~~21−11662~~ | ~~SoClean, Inc. v. Koninklijke Philips N.V. et al~~ Opposed 2/11/22 |

MISSISSIPPI SOUTHERN

| MSS | 3 | 21−00692 | Blissett v. SoClean, Inc. |

MISSOURI WESTERN

| MOW | 4 | 21−00783 | Pomianek v. SoClean, Inc. |

NEW YORK SOUTHERN

| NYS | 7 | 21−08854 | Seicol v. SoClean, Inc. |

NORTH CAROLINA EASTERN

| | | | |
|---|---|---|---|
| NCE | 5 | 21−00443 | Screen v. Soclean, Inc. |

OKLAHOMA NORTHERN

| | | | |
|---|---|---|---|
| OKN | 4 | 21−00460 | Hill v. SoClean, Inc. |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 4 | 21−03562 | Carlile v. SoClean, Inc. |

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**JOSEPH F. WEIS, JR. U.S. COURTHOUSE**
**700 GRANT STREET**
**PITTSBURGH, PA  15219**
WWW.PAWD.USCOURTS.GOV

JOSHUA C. LEWIS                                                                                IN REPLYING, GIVE NUMBER
CLERK OF COURT                                                                           OF CASE AND NAMES OF PARTIES
412-208-7500

February 14, 2022

Mark C. McCartt, Clerk of Court
United States District Court
Northern District of Oklahoma
Page Belcher Federal Building and United States Courthouse
333 West Fourth Street, Room 411
Tulsa, OK 74103-3819

RE:    Hill v. SoClean, Inc.    C.A. No. 4:21−00460

Dear Mr. McCartt,

Enclosed is a certified copy of an order from the Judicial Panel on Multidistrict Litigation, at MDL
No. 3021, transferring the above captioned case from your court to the U.S. District Court for the
Western District of Pennsylvania.  Please electronically transfer the case, noting the above MDL
case number, using the Extract Civil Case – for Export function in CM/ECF. Please note that we
are a "NextGen" Court, currently on version 1.5.3.

If you have any questions, please contact me by email or at my direct dial below.

Thank you,

Sarah Sewall
Case Administration Supervisor
sarah_sewall@pawd.uscourts.gov
412-208-7573

Enclosure

**Lynn Tiefenthaler**

| | |
|---|---|
| **From:** | Sarah Sewall |
| **Sent:** | Monday, February 14, 2022 8:42 AM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | Transfer Order - MDL No. 3021 |
| **Attachments:** | CTO-1 certified.pdf; MDL 3021 FILE REQUEST LETTER OKND.pdf |

Hello,

Please see the attached request and certified copy of an order issued by the MDL Panel, requesting the transfer of case(s) from your court to ours as part of the above referenced MDL.

If you have any questions, please contact me at your convenience

Thank you.

*Sarah M. Sewall*

Case Administration Supervisor
U.S. District Court for the Western District of Pennsylvania
700 Grant Street
Pittsburgh, PA 15219
412-208-7573
sarah_sewall@pawd.uscourts.gov

